# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **TRACI YOLANDA HALL** | **CIV. ACTION NO. 3:20-1178** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Commissioner's decision is hereby **REVERSED and REMANDED** pursuant to the fourth sentence of 42 U.S.C.' 405(g) for further proceedings consistent therewith.

MONROE, Louisiana, this 18th day of October 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE